**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

No. 04-6935

—————————

ROBERT LEE HOOD,

Plaintiff - Appellant,

versus

THEODIS BECK; WINIFRED H. DILLON; JAMES L.
GRIFFIN; MICHAEL S. HAMDEN,

Defendants - Appellees.

—————————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Terrence W. Boyle, Chief
District Judge. (CA-04-312-5-BO)

—————————

Submitted: August 26, 2004        Decided: September 3, 2004

—————————

Before WIDENER and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Robert Lee Hood, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert Lee Hood appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint as frivolous under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Hood v. Beck</u>, No. CA-04-312-5-BO (E.D.N.C. May 17, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>